No. 653. GAS RIDGE, INC. *v.* SUBURBAN AGRICULTURAL PROPERTIES, INC. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Fagan Dickson* for petitioner. *Mr. Leo Brewer* for respondent.

No. 678. MAUGERI *v.* UNITED STATES. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Leo R. Friedman* for petitioner. *Solicitor General McGrath* and *Mr. Robert S. Erdahl* for the United States.